United States District Court
Southern District of Texas
**ENTERED**
January 10, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHEYENNE MOORE, | § |
| Plaintiff, | § |
| v. | § CIVIL ACTION NO. 4:21-CV-1190 |
| K. HOVNANIAN COMPANIES, LLC, D/B/A K. HOVNANIAN HOMES, | § |
| Defendant. | § |

## ORDER GRANTING AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

ON THIS DAY came to be considered, Plaintiff Cheyenne Moore ("Plaintiff") and Defendants K. Hovnanian Companies LLC, d/b/a K. Hovnanian Homes' ("Defendants")(collectively, the "Parties") Agreed Stipulation of Dismissal with Prejudice ("Agreed Stipulation of Dismissal"). After consideration of the Agreed Stipulation of Dismissal and the notice that all matters in controversy between the Parties have been resolved, the Court is of the opinion that the Agreed Stipulation of Dismissal should be GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that all claims between the Parties in this lawsuit are hereby dismissed with prejudice with court costs to be paid by the party incurring same.

It is SO ORDERED this 10th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE